UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MJM VISIONS, LLC, individually and on
behalf of all others similarly situated,

                    Plaintiff,

                                                                                 JUDGMENT
                                                                                 18-CV-04452 (ILG) (JO)
           v.

CSC SERVICEWORKS, INC., a Delaware corporation,

                    Defendant.
-----------------------------------------------------------------------------X

       A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on June 12, 2019, granting CSC's motion to dismiss for lack of subject matter jurisdiction; it is

       ORDERED and ADJUDGED that CSC's motion to dismiss is granted for lack of subject matter jurisdiction.

Dated: Brooklyn, NY                                               Douglas C. Palmer
         June 13, 2019                                               Clerk of Court

                                                                         By:    /s/*Jalitza Poveda*
                                                                                    Deputy Clerk